619 P.2d 1141

Willis A. REINEKE, Claimant–Appellant,

v.

Larry G. McCORMICK, Gordon McCormick & Dale McCormick, dba McCormick Brothers Construction, Employer, and Industrial Indemnity Co., Surety,

and

State of Idaho, Industrial Special Indemnity Fund, Defendant–Respondents.

No. 13252.

Supreme Court of Idaho.

Nov. 7, 1980.

619 P.2d 1141

STATE of Idaho, Plaintiff–Respondent,

v.

Phillip Lewis LINDQUIST, Defendant–Appellant.

No. 13306.

Supreme Court of Idaho.

Nov. 13, 1980.

James H. Paulsen, Sandpoint, for claimant–appellant.

Samuel Eismann, Thomas Mitchell, Coeur d'Alene, for defendant–respondents.

Before DONALDSON, C. J., SHEPARD, BAKES and McFADDEN, JJ., and BEEBE, J. Pro Tem.

PER CURIAM:

Claimant appellant appeals the Industrial Commission's finding that claimant was not totally and permanently disabled as a result of an industrial accident. The sole issue on appeal is whether there was sufficient evidence to sustain the commission's finding